# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Larry Clark, individually and on behalf of all others similarly situated<br>*Plaintiff(s)* | ) ) ) |
| v. | ) |
| McDonald's Corporation<br>*Defendant(s)* | ) ) ) |

Case Number:   3:22-cv-00628-NJR

## __ENTRY OF APPEARANCE__

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for _____

__Plaintiff Larry Clark and the putative Classes_____.

DATED:   April 1, 2022

_____
Signature

_____Steffan T. Keeton_____
Name

100 S Commons, Ste. 102
Pittsburgh, PA 15212
_____
Address

_____1-888-412-5291_____
Phone Number

_____
Fax Number

_____stkeeton@keetonfirm.com_____
E-Mail Address

Rev. 2/11