IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF ILLINOIS

| | |
|---|---|
| LARRY CLARK, JOSEPH HAUSER, LYDIA JOHNSON, and LINDA CAVAZOS, individually, and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | No.: 3:22-cv-00628-NJR<br><br>Honorable Nancy J. Rosenstengel |

**MCDONALD'S CORPORATION'S MOTION TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant McDonald's Corporation ("McDonald's"), by and through its undersigned counsel, respectfully submits this motion to dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 9) pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons discussed herein and in the accompanying Brief in Support of McDonald's Corporation's Motion to Dismiss the First Amended Class Action Complaint, McDonald's respectfully requests that the Court grant McDonald's Corporation's Motion to Dismiss the First Amended Class Action Complaint.

Dated: June 1, 2022

Respectfully submitted,

*/s/ Trenton H. Norris*
Trenton H. Norris (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Suite 1000
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
Email: trent.norris@arnoldporter.com

Lori B. Leskin (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: lori.leskin@arnoldporter.com

Peter H. Vogel (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
Fax: (312) 583-2360
Email: peter.vogel@arnoldporter.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the above filing was served upon counsel of record via the Court's electronic filing system on June 1, 2022.

/s/ Trenton H. Norris
Trenton H. Norris (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Suite 1000
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
Email: trent.norris@arnoldporter.com
